**RECEIVED**

DEC 2 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EVELYN MACDONALD, ET AL. | MISC. CASE NO. 16-mc-88 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Evelyn MacDonald, as Special Administrator and Derivative; and George MacDonald, Jr., as Derivative Claimant of the Estate of George MacDonald, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 20th day of December, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE